**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SNB 287057)
*paul@pauljosephlaw.com*
4125 W. Pt. Loma Blvd., No. 309
San Diego, California 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

**THE LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275523)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 302
San Diego, California 92103
Phone: (619) 629-3840
Fax: (619) 362-9555
*Counsel for Plaintiffs and the Proposed Class*

**BLANK ROME LLP**
ANA TAGVORYAN (SBN 246536)
*ATagvoryan@BlankRome.com*
JULIANNA M. SIMON(SBN 307664)
*jmsimon@blankrome.com*
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434
*Attorneys for Defendant Viva Labs,*
*Inc.*
*(Now known as Viva Naturals, Inc.)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNDI TRACTON and SHANNON HOOD, on behalf of themselves, all others similarly situated, and the general public,<br><br>              Plaintiffs,<br><br>   v.<br><br>VIVA LABS, INC.,<br><br>              Defendant. | CASE NO. 3:16-cv-02772-BTM-KSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, after attending mediation and considering Defendant's financials, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Syndi Tracton's and Shannon Hood's individual and representative claims in the above-captioned action be and hereby are voluntarily dismissed with prejudice, and the claims of putative class members be and hereby are voluntarily dismissed without prejudice.

| By: /s/ Paul K. Joseph | By: /s/ Ana Tagvoryan |
|---|---|
| Paul K. Joseph | Ana Tagvoryan |
| *On behalf of Plaintiffs Syndi Tracton and Shannon Hood* | *On behalf of Defendant Viva Labs, Inc.* |

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ana Tagvoryan, attorney for Defendant, and that I have obtained Ms. Tagvoryan's authorization to affix her electronic signature to this document.

DATED: June 20, 2018            /s/ Paul K. Joseph
                                Paul K. Joseph

**STIPULATION OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2018, I served the foregoing **STIPULATION OF DISMISSAL** on counsel of record for all parties in this action, by notice of electronic filing, which was automatically generated by the Court's CM/ECF system at the time the document was filed with the Court.

Dated:   June 20, 2018                                           /s/ Paul K. Joseph
                                                                                       Paul K. Joseph

CERTIFICATE OF SERVICE